IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW J. DAUGHERTY, | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 07-745-JPG |
| WESTERN CULLEN HAYES, INC., | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, and UNION PACIFIC RAILROAD COMPANY, a Corporation, | ) |
| Third-Party Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: February 25, 2008**

**NORBERT JAWORSKI, CLERK**

**s/Brenda K. Lowe, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**